# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | |
|---|---|
| LAURENT BRISSON, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:07-CV-1142-CMH |
| ) | |
| GRANT THORNTON, L.L.P., ) | |
| ) | |
| Defendants. ) | |

F I L E D
DEC 17 2007
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## PLAINTIFFS' NOTICE OF DISMISSAL WITH PREJUDICE

NOW COME Plaintiffs, and upon review of Defendant's motion to dismiss and review of Defendant's arguments and cited authorities, Plaintiffs and their lead counsel do not believe that they can in good faith oppose Defendant's motion.

Consequently, Plaintiffs hereby file this notice under Rule 41(a) of the Federal Rules of Civil Procedure that they hereby dismiss this case and ask that the Court enter the dismissal with prejudice.

DATED: December 14, 2007

Respectfully submitted,

/s/

Elizabeth K. Tripodi
Virginia Bar No. 73483
Local Counsel for Plaintiffs
**FINKELSTEIN THOMPSON LLP**
1050 30th Street N.W.
Washington, D.C. 20007
(202) 337-8000
(202) 337-8090 (fax)
etripodi@finkelstreinthompson.com

So Ordered.

/s/
Claude M. Hilton
United States District Judge
Dec 17, 2007

Donald J. Enright
Michael G. McLellan
**FINKELSTEIN THOMPSON LLP**
1050 30th Street N.W.
Washington, D.C. 20007
(202) 337-8000
(202) 337-8090 (fax)
denright@finkelsteinthompson.com
mmclellan@finkelsteinthompson.com

*Local Counsel for Plaintiffs*


Scott L. Adkins
**Law Offices of Scott L. Adkins**
1631 South Cypress Road
Pompano Beach, FL 33060
leather1@gmail.com

*Lead Counsel for Plaintiffs*


Steven M. Reiness
**Law Office of Steven M. Reiness, PLLC**
396 Broadway
Suite 601
New York, NY 10013

*Counsel for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of December 2007, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Brad P. Rosenberg
Attorney for Defendant Grant Thornton LLP
MAYER BROWN LLP
1909 K Street, N.W.
Washington, D.C. 20006
brosenberg@mayerbrown.com

                                         /s/
Elizabeth K. Tripodi
Virginia Bar No. 73483
Local Counsel for Plaintiffs
FINKELSTEIN THOMPSON LLP
1050 30th Street N.W.
Washington, D.C. 20007
(202) 337-8000
(202) 337-8090 (fax)
etripodi@finkelsteinthompson.com

3